# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENNETH ANDRE THOMPKINS, JR.

    Defendant.

Case No. 3:17cr183(3)
Northern District of Illinois
Case No. 1:16cr106

District Judge Walter H. Rice

---

## TRANSFER ORDER

---

This case came on to be heard pursuant to Fed. R. Crim. P. 5 (c)(3) and 40. Defendant appeared in open court with counsel on August 2, 2019 and was advised of his rights.

**IT IS THEREFORE ORDERED** that the Defendant be detained by the U.S. Marshal and removed to the United States District Court for the Northern District of Illinois, where the charges are pending against him.

**TO THE UNITED STATES MARSHAL:** You are hereby commanded to take custody of the above-named Defendant and to transport that Defendant with a certified copy of this commitment order forthwith to the District of offense as specified above and there deliver the Defendant to the United States Marshal for that District or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P. 5 and 40 having been completed.

August 8, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE