IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff,

v. : Case No. 3:17-CR-183(3)

KENNETH THOMPKINS,    JUDGE WALTER H. RICE

    Defendant. :

---

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT'S
MOTION FOR COMPASSIONATE RELEASE (DOC. #195)

---

Given that Defendant Kenneth Thompkins was released from the custody of the Bureau of Prisons on February 2, 2021, the Court OVERRULES AS MOOT his Motion for Compassionate Release, Doc. #195, in which he argued that early release was warranted due to his increased vulnerability to COVID-19.

Date: July 12, 2021

                                     WALTER H. RICE
                                     UNITED STATES DISTRICT JUDGE